Robert S. Berezin (admitted *pro hac vice*)
robert.berezin@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8884
Facsimile: (212) 310-8007

Douglas W. McClellan (admitted *pro hac vice*)
doug.mcclellan@weil.com
Melissa L. Hotze (admitted *pro hac vice*)
melissa.hotze@weil.com
Justin L. Constant (admitted *pro hac vice*)
justin.constant@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

David R. Wright (USB 05164)
dwright@mabr.com
C.J. Veverka (USB40858)
cveverka@mabr.com
Kirk R. Harris (USB 10221)
kharris@mabr.com
Michael Manookin (USB 15667)
mmanookin@mabr.com
MASCHOFF BRENNAN
201 South Main St., Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1361

*Attorneys for Plaintiff Vivint, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIVINT, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>ALARM.COM INC.,<br><br>   Defendant. | Civil No. 2:15-cv-00392-CW<br><br>**VIVINT'S STATUS UPDATE AND REQUEST FOR A STATUS HEARING**<br><br>District Judge Clark Waddoups<br>Magistrate Judge Brooke C. Wells |

The case was stayed on September 12, 2016 pending resolution of the instituted *inter partes* reviews ("IPR") of the patent claims asserted in this action. (Docket No. 99.)

**Final Written Decisions With Regard To All Pending IPRs Have Been Issued**

Final written decisions in the five instituted IPRs were issued by May 2017. In addition, the PTAB denied institution of Alarm.com's additional IPRs. At this point, the PTAB has issued final written decisions or denied institution for all of Alarm.com's IPRs. The following chart summarizes the results of Alarm.com's petitions and IPRs with respect to the patents-in-suit.

| IPR NO. | PATENT | RESULT |
|---|---|---|
| 2015-01965 | 7,884,713 | Alarm.com Petition Granted; all claims found not to be patentable |
| 2015-01967 | 7,884,713 | Alarm.com Petition Denied |
| 2015-01977 | 6,924,727 | Alarm.com Petition Granted; claims found not to be patentable: 1–9, 14–18, and 22–38. |
| 2015-01995 | 6,535,123 | Alarm.com Petition Denied |
| 2015-01997 | 6,717,513 | Alarm.com Petition Denied |
| 2015-02003 | 6,462,654 | Alarm.com Petition Denied |
| 2015-02004 | 6,147,601 | Alarm.com Petition Denied |
| 2015-02008 | 6,924,727 | Alarm.com Petition not instituted because Vivint disclaimed claims 19-21 |
| 2016-00116 | 6,147,601 | Alarm.com Petition Denied Institution as to Claim 16<br><br>Alarm.com Petition Granted; claims found not to be patentable: 1, 2, 4, 6, 7, 10–15, 17, 18, 22, 23, 25, 29, and 38, while the following claims were found not to be unpatentable: 5, 8, 9, 19–21, 26–28, 30, 31, 33–37, and 39–41 |
| 2016-00129 | 6,717,513 | Alarm.com Petition Denied |
| 2016-00161 | 6,462,654 | Alarm.com Petition Not Instituted As To Claims: 11-13,15,16,19-21,23,24<br><br>Alarm.com Petition Granted; claims found not to be patentable: 9, 10, 14, and 27, while the following claims were found not to be unpatentable: 17, 18, 22, 25, 26, and 28 |
| 2016-00155 | 6,147,601 | Alarm.com Petition Denied |

| 2016-00173 | 6,535,123 | Alarm.com Petition Granted; claims found not be patentable: 1, 2, 4–6, 10, 13, and 15–17, while the following claims were found not to be unpatentable: 3, 7–9, 11, 12, 14, and 18–20 |
|---|---|---|
| 2016-01080 | 6,147,601 | Alarm.com Petition Denied |
| 2016-01091 | 6,717,513 | Alarm.com Petition Denied |
| 2016-01110 | 6,462,654 | Alarm.com Petition Denied |
| 2016-01124 | 6,462,654 | Alarm.com Petition Denied |
| 2016-01126 | 6,535,123 | Alarm.com Petition Denied |

**Request for a Status Hearing**

During the August 19, 2016 hearing on the Motion to Stay, Alarm.com stated: "We think the parties should gather in front of the Court for a renewed conference once those decisions come in, so late May of next year. At that point we'll know what, if anything, of the claims in the IPRs survived, and that knowledge is likely to affect all of our thinking about what should happen next. We'll have not only the IPR final decisions on these five IPRs, we'll have initiation decisions by then on additional IPRs, again, affecting all of our judgments about what makes sense going forward." (Hearing Transcript, Aug. 19, 2016 at 24:1-10.) Based on Alarm.com's request at the August 19, 2016 hearing, the Court ordered: "I also adopt Alarm.com's proposal for a status hearing no later than June of 2017, at which time we will address further issues." (Hearing Transcript, Aug. 19, 2016 at 54:7-9.)

Accordingly, Vivint respectfully requests a status conference at the Court's earliest convenience to, among other things, formally lift the litigation stay, and to address case management and scheduling matters between the parties in light of the outcome of Alarm.com's IPR petitions and the PTAB's final written decisions. Prior to the conference, Vivint will meet and confer with Alarm.com with the intention of submitting a joint proposed schedule and/or to raise any disputes the parties may have with regard thereto.

Dated: June 6, 2017                                  Respectfully submitted

                                                     */s/ David R. Wright*

                                                     MASCHOFF BRENNAN
                                                     David R. Wright

                                                     WEIL, GOTSHAL & MANGES LLP
                                                     Robert S. Berezin
                                                     Douglas W. McClellan
                                                     Melissa L. Hotze
                                                     Justin L. Constant
                                                     *Attorneys for Plaintiff Vivint, Inc.*