Mark M. Bettilyon (4798)
THORPE NORTH & WESTERN LLP
The Walker Center
175 South Main Street, Suite 900
Salt Lake City, Utah 84111
Telephone:  (801) 566-6633
mark.bettilyon@tnw.com

Richard J. Stark (*pro hac vice* pending)
David R. Marriott (7572)
Marc J. Khadpe (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
Telephone:  (212) 474-1000
rstark@cravath.com
dmarriott@cravath.com
mkhadpe@cravath.com

Teena-Ann V. Sankoorikal (*pro hac vice*)
Levine Lee LLP
650 Fifth Avenue
New York, NY 10019
Telephone:   (212) 223-4400
tsankoorikal@levinelee.com

*Attorneys for Defendant Alarm.com Incorporated*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIVINT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALARM.COM INC.,<br><br>Defendant. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 2:15-cv-00392-CW<br><br>Hon. Clark Waddoups<br>Magistrate Judge Brooke C. Wells |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      We hereby file this Notice of Change of Address for Attorney Teena-Ann V. Sankoorikal in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc. shall be sent to:

      Teena-Ann V. Sankoorikal
      Levine Lee LLP
      650 Fifth Avenue
      New York, NY 10019
      Telephone:  (212) 223-4400
      tsankoorikal@levinelee.com

Dated this 7th day of June, 2017

      THORPE NORTH & WESTERN, LLP

      /s/ Mark Bettilyon
      Mark Bettilyon (4798)
      THORPE NORTH & WESTERN
      The Walker Center
      175 S. Main Street, Suite 900
      Salt Lake City, UT 84111
      (801) 566-6633

      Richard J. Stark (*pro hac vice* pending)
      David R. Marriott (7572)
      Marc J. Khadpe (*pro hac vice*)
      CRAVATH, SWAINE & MOORE LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019
      (212) 474-1000
      rstark@cravath.com
      dmarriott@cravath.com
      mkhadpe@cravath.com

Teena-Ann V. Sankoorikal (*pro hac vice*)
Levine Lee LLP
650 Fifth Avenue
New York, NY 10019
(212) 223-4400
tsankoorikal@levinelee.com

*Attorneys for Defendant Alarm.com Incorporated*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE**

**OF CHANGE OF ADDRESS** was served upon the following parties by the methods indicated

below:

| | |
|---|---|
| Brent O. Hatch (5715)<br>bhatch@hjdlaw.com<br>Shaunda McNeill (14468)<br>smcneill@hjdlaw.com<br>HATCH, JAMES & DODGE, P.C.<br>10 West Broadway, Suite 400<br>Salt Lake City, Utah 84101 | ☒ Electronic Mail<br>☐ United States Mail, First Class<br>☐ Overnight Delivery<br>☐ Fax Transmission<br>☒ CM/ECF Notification |
| Robert S. Berezin<br>robert.berezin@weil.com<br>Justin L. Constant<br>justin.constant@weil.com<br>Melissa L. Hotze<br>melissa.hotze@weil.com<br>Jeremy Jason Lang<br>jason.lang@weil.com<br>Douglas W. McClellan<br>doug.mcclellan@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153 | ☒ Electronic Mail<br>☐ United States Mail, First Class<br>☐ Overnight Delivery<br>☐ Fax Transmission<br>☒ CM/ECF Notification |
| David R. Wright<br>dwright@mabr.com<br>Charles J. Veverka<br>cveverka@mabr.com<br>Kirk R. Harris<br>kharris@mabr.com<br>Michael A. Manookin<br>mmanookin@mabr.com<br>MASCHOFF BRENNAN PLLC<br>201 S. Main Street, Suite 600<br>Salt Lake City, Utah 84111 | ☒ Electronic Mail<br>☐ United States Mail, First Class<br>☐ Overnight Delivery<br>☐ Fax Transmission<br>☒ CM/ECF Notification |

*Counsel for Plaintiff Vivint, Inc.*

Dated this 7th day of June, 2017

/s/ Alexandra Thomas
Alexandra Thomas