IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIVINT, INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ALARM.COM INC.,<br><br>　　　　　　　Defendant. | ORDER STRIKING STATUS CONFERENCE, LIFTING THE STAY AND ENTERING SCHEDULING ORDER<br><br>Case No. 2:15-CV-392 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Brooke Wells |

　　　A status conference is set in this case for Wednesday June 28th at 2:00 p.m.[1] In accordance with the court's prior order the parties submitted a joint proposal on June 23, 2017.[2] "In light of the progress made by the parties during the meet and confer, the parties respectfully submit that the status conference on Wednesday, June 28 is unnecessary and jointly request that the Court cancel the conference."[3] Accordingly the court will strike the status conference.

　　　Additionally, the parties request the stay be lifted, so the court will lift the stay. The parties also jointly submitted a proposed scheduling order. The court adopts the proposed schedule. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

---

[1] Notice of hearing, docket no. 107.

[2] Docket no. 116.

[3] Joint Proposal p. 2, docket no. 116.

| Deadline | Dates |
|---|---|
| **I.   Fact Discovery** | |
| Last day to file Motion to Amend Final Infringement Contentions to Add New Claims (proposed amendments to be served with motion papers) | 7/12/2017 |
| Last day to file Motion to Amend Final Invalidity Contentions (proposed amendments to be served with motion papers) | 8/23/2017 |
| Last day to file Motion to Amend Final Non-Infringement Contentions (proposed amendments to be served with motion papers) | 9/20/2017 |
| Close of fact discovery before claim construction [LPR1.3(a)] | 12/1/2017 |
| **II.   Claim Construction Process** | |
| Parties exchange proposed claim terms and claim constructions for construction [LPR 4.1(a)] | 12/8/2017 |
| Reach agreement to submit no more than 10 terms for construction [LPR 4.1(b)] | 12/15/2017 |
| Parties file Cross-Motions for Claim Construction and Joint Appendix [LPR 4.2(a) & (b)] | 1/19/2018 |
| Parties file Simultaneous Responsive Claim Construction Briefs [LPR 4.2(c)] | 2/16/2018 |
| Joint Claim Construction Chart & Joint Status Report Due [LPR 4.2(f)] | 2/23/2018 |
| Tutorial for Court [LPR 4.4] | 3/2/2018 |
| Parties exchange exhibits [LPR 4.3] | 7 days before CC hearing |
| Claim Construction Hearing [LPR 4.3] | TBD |
| **III.   Dispositive Motions** | |
| Deadline to file dispositive motions required to be filed with claim construction [LPR 6.2] | 1/19/2018 |
| Deadline to file opposition to dispositive motions filed with claim construction [LPR 6.2] | 2/23/2018 |
| Deadline to file reply to dispositive motions filed with claim construction [LPR 6.2] | 3/23/2018 |

If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purpose of discussing a trial date on January 29, 2018 at 3:00 p.m. before Judge Clark Waddoups.

2

ORDER

Based upon the parties' agreement it is hereby ordered that the status conference set for Wednesday June 28, 2017 is STRICKEN.

IT IS FURTHER ORDERED that the stay is LIFTED.

Finally, it is ORDERED that the scheduling order set forth above will govern this matter at this time.

IT IS SO ORDERED.

DATED this 26 June 2017.

_____
Brooke C. Wells
United States Magistrate Judge